SILAS HATHAWAY, Appellee,
*against*
NATHAN SMITH, Appellant.

A servant is not accountable for an injury done to his master's beast through his mishap, if he is engaged in performing any of the duties for which he was hired, and the animal is commonly used in such services, and the servant has exercised all the discretion in its use which common prudence requires, although he can show no especial order by the master to use the particular animal on such occasion.

TRESPASS against a hired servant for abusing a horse.

Plea, not guilty. Trial *per pais.*

It appeared in evidence, That the defendant had hired himself to the plaintiff to work as a labourer

upon his farm. That on the 20th of *November*, 1800, the plaintiff sent the defendant to a smith's shop to bring home an ox-yoke. That the defendant rode the mare, and in going upon this errand she fell, which occasioned the loss of her foal.

In charge to the Jury, the Court laid it down as law, that a servant is not accountable for an injury done to his master's beast through his mishap, if he is engaged in performing any of the duties for which he was hired, and the animal is commonly used in such services, and the servant has exercised all the discretion in its use which common prudence requires, although he can show no especial order by the master to use the particular animal on such occasion.

Hathaway<br>v.<br>Smith.

Verdict for defendant.

*William C. Harrington* and *Thaddeus Rice*, for defendant.

*Levi House* and *Eleazer Keys*, for plaintiff.